UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DAISY VARGAS, an individual,<br><br>           Plaintiff,<br><br>v.<br><br>COUNTY OF ALAMEDA, a municipal corporation; JEFF EDWARDS, individually and in his official capacity as deputy sheriff for the Alameda County Sheriff's Office; (FNU) WALTER, individually and in his official capacity as deputy sheriff for the Alameda County Sheriff's Office; and DOES 1-50, inclusive, individually and in their official capacity as agents for the Alameda County Sheriff's Office,<br><br>           Defendants. | Case No.  19-cv-05677-HSG<br><br>**[PROPOSED] ORDER TO DISMISS PLAINTIFF'S COMPLAINT AGAINST DEFENDANTS COUNTY OF ALAMEDA, DEPUTY JEFF EDWARDS AND DEPUTY RILEY WALTER** |

Having reviewed the parties' Stipulation and GOOD CAUSE appearing therefore, Plaintiff's Complaint, against Defendants County of Alameda, Deputy Edwards and Deputy Walter, is dismissed with prejudice.

**IT IS SO ORDERED.**

Dated: 5/21/2020

_____
Honorable Haywood S. Gilliam, Jr.
United States District Court Judge